# NAPOLI BERN RIPKA LLP
Attorneys • At • Law

March 24, 2011

Honorable Lawrence M. McKenna
United States District Judge
United States District Court
Daniel Patrick Moynihan
500 Pearl Street
NY, NY 10007

**MEMO ENDORSED**



RECEIVED IN CHAMBERS
MAR 2 8 2011
LAWRENCE M. McKENNA
USDJ    SDNY

Re:  *In The Matter Of The Complaint Of ANDREW HARNETT, As Owner Of Vessel M/V READY JET GO*
Docket No.: 06-0699 (LMM)

*In The Matter Of Peter J. Sharp Boathouse, Inc., As Owner Of The Floating Vessel Constituting The Boat House, Seeking Exoneration From Or Limitation Of Liability*
Docket No.: 06 Civ. 3061 (LMM)

*In The Matter Of New York Rowing Association, Inc. As Owner Of A 2001, Coxless Empacher Rowing Shell, Seeking Exoneration From Or Limitation Of Liability*
Docket No.: 06 Civ. 3062 (LMM)

*And a fourth related case.*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/28/2011

Dear Hon. McKenna:

We represent the Runsdorf Claimants in the above-mentioned matter. We write this joint letter on behalf of all counsel to ask the Court to extend the fact-discovery deadline from March 8, 2011 to *April 8, 2011*.

Since the last Court appearance of February 4, 2011, the deposition of Mr. Harnett has been held; Claimants have served liability and damages expert reports; and a proposed confidentiality order has been submitted to the Judgment Clerk.

Lastly, Counsel for the New York Rowing Association noticed depositions of non-party witnesses for April 6, 2011. Claimants are reserving the right to take perpetuation depositions of any witnesses, who are outside of the subpoena power of the court, or may not be available to testify at the time of trial.

We look forward to our next conference on June 8th, 2011.

*Granted. So ordered.*
/s/ [signature] (LMM) 3/28/11

NAPOLI BERN RIPKA LLP

Empire State Building, 350 Fifth Avenue, Suite 7413, New York, New York 10118
Tel: (212) 267-3700   www.napolibern.com

Very truly yours,<br>
Napoli Bern Ripka, LLP<br>
<br>
Marina Zapantis, Esq.

Cc:
Wilson Elser Moskowitz Edelman & Dicker, LLP
150 E. 42nd St.
New York, NY 10017
Attn: Lawrence B. Brennan, Esq.

Rubin Fiorella & Friedman, LLP
292 Madison Ave.
New York, NY 10017
Attn: James M. Mercante