# WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

150 East 42nd Street, New York, New York 10017   Tel: (212) 490-3000   Fax: (212) 490-3038

*Albany • Baltimore • Boston • Chicago • Dallas • Garden City • Houston • Las Vegas • London • Los Angeles • McLean*
*Miami • Newark • New York • Orlando • Philadelphia • San Diego • San Francisco • Stamford • Washington, DC • White Plains*
*Affiliates: Berlin • Cologne • Frankfurt • Mexico City • Munich • Paris*

www.wilsonelser.com

**MEMO ENDORSED** (p.2)

Abigail Nitka
Direct: (212) 915-5630
Abigail.Nitka@wilsonelser.com

June 13, 2011

**BY HAND**

Hon. Lawrence M. McKenna
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room
New York, New York 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/15/2011

RECEIVED
IN CHAMBERS
JUN 15 2011
LAWRENCE M. McKENNA
USDJ    SDNY

Re:   *In the Matter of the Complaint of ANDREW HARNETT, as owner of vessel M/V READY JET GO*
U.S.D.C.S.D.N.Y.   :   06-699 (LMM)

*In the Matter of Peter J. Sharp Boathouse, Inc., as owner of the floating vessel constituting the boathouse, seeking exoneration from or limitation of liability*
U.S.D.C. S.D.N.Y.   :   06 Civ. 3061 (LMM)

*In the Matter of New York Rowing Association, Inc., as owner of a 2001, coxless Empacher rowing shell, seeking exoneration from or limitation of liability*
U.S.D.C. S.D.N.Y.   :   06 Civ. 3062 (LMM)

And related cases

Our File No.   :   01166.00183

Dear Judge McKenna:

Pursuant to Your Honor's directive at the June 8, 2011 conference, we write on behalf of all parties to clarify the status of the Runsdorf claimants' financial documents which have been produced to date. All counsel have counter-signed this letter and respectfully request that the

4641910.1

Court enter this letter agreement and clarification as an Order governing the financial documents provided by the Runsdorf Estate.

The parties agree, without prejudice to any further claims or disagreements as to the status of any documents claimed to be Confidential or the need for the production of further documents, that:

All financial documents produced by the Runsdorf claimants to date which have been claimed by the Estate are to be deemed to be confidential but none of the documents now are claimed to be privileged, as had been initially stated in counsel's letter of May 20, 2011 [copy attached]. Moreover, the parties expressly waive all claims of privilege for documents that have been produced during the course of discovery or disclosure and expressly waive the claims of privilege pursuant to Rule 408 Federal Rules of Evidence for those documents provided by the Runsdorf Estate in connection with prior meditation efforts.

The Court's time and consideration of this request are appreciated.

Respectfully yours,

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

Abigail Nitka (AN 8780)

So ordered.

/s/ 6/15/11

We consent to the entry of the foregoing.

    James E. Mercante, Esq. (JM 4231)
    Michael J. Stern, Esq. (MS 9113)
    Rubin Fiorella & Friedman, LLP
    292 Madison Avenue, 11th Floor
    New York, New York 10017

4641910.1

    Jacob Shisha, Esq. (JS 5452)
    Tabak, Mellusi & Shisha LLP
    29 Broadway, Ste. 2311
    New York, New York 10006

    Marc Jay Bern, Esq. (MB 6608)
    Marina Zapantis, Esq. (MZ 4132)
    Napoli Bern Ripka LLP
    350 Fifth Avenue, Ste. 7413
    New York, New York 10118


Cc:  [BY Email] all opposing counsel

    James E. Mercante, Esq. (JM 4231)
    Michael J. Stern, Esq. (MS 9113)
    Rubin Fiorella & Friedman, LLP
    292 Madison Avenue, 11th Floor
    New York, NY 10017

    Jacob Shisha, Esq. (JS 5452)
    Tabak, Mellusi & Shisha LLP
    29 Broadway, Ste. 2311
    New York, New York 10006

    Marc Jay Bern, Esq. (MB 6608)
    Marina Zapantis, Esq. (MZ 4132)
    Napoli Bern Ripka LLP
    350 Fifth Avenue, Ste. 7413
    New York, New York 10118

## NAPOLI BERN RIPKA LLP
Attorneys·At·Law

May 20, 2011

**VIA EMAIL & REGULAR MAIL**
Wilson Elser Moskowitz Edelman & Dicker, LLP
150 E. 42nd St.
New York, NY 10017
Attn: Lawrence B. Brennan, Esq.

**VIA EMAIL & REGULAR MAIL**
Rubin Fiorella & Friedman, LLP
292 Madison Ave.
New York, NY 10017
Attn: Michael Stern, Esq.

    Re:  *In The Matter Of The Complaint Of ANDREW HARNETT, As Owner Of Vessel M/V READY JET GO*
          Docket No.: 06-0699 (LMM)

          *And related cases.*

Dear Counselors:

The following is a list of documents, identified by Bates-Stamp, that we claim are *not privileged*. All *other* documents that do not appear below *are privileged* in so much as they contain proprietary financial information of the Plaintiffs, the decedent, and business associates. The Bate Prefix is "Runsdorf".

- 00030
- 00054
- 00081
- 00384
- 00398
- 00454
- 00455
- 00459
- 00467
- 00603 through 00606
- 00620
- 00878
- 01078
- 01079
- 01182

- 01205
- 01206
- 01265
- 01365
- 01415
- 02234
- 02238
- 02244
- 02249
- 02255
- 02259
- 02263
- 02533
- 02720
- 02754
- 02853
- 02854
- 03000
- 03002 through 03003
- 03309
- 03310
- 03318
- 03338
- 03340
- 03342
- 03361
- 03363
- 03367
- 03369
- 03374
- 03377
- 03380
- 03383
- 03387
- 03393
- 03526
- 03534
- 03541
- 03669

We await for your advisement as to when you want to depose Mrs. Runsdorf.

Very truly yours,
TABAK MELLUSI & SHISHA

*[signature]*

By: Jacob Shisha, Esq.

NAPOLI BERN RIPKA, LLP

*[signature]*

By: Marc Jay Bern