# WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

150 East 42nd Street, New York, New York 10017   Tel: (212) 490-3000   Fax: (212) 490-3038

*Albany • Baltimore • Boston • Chicago • Dallas • Garden City • Houston • Las Vegas • London • Los Angeles • McLean
Miami • Newark • New York • Orlando • Philadelphia • San Diego • San Francisco • Stamford • Washington, DC • White Plains
Affiliates: Berlin • Cologne • Frankfurt • Mexico City • Munich • Paris*

www.wilsonelser.com

**Abigail Nitka**
Direct: (212) 915-5630
Abigail.Nitka@wilsonelser.com

**MEMO ENDORSED**

September 16, 2011

**BY HAND**

Hon. Lawrence M. McKenna
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room
New York, New York 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE FILED: 9/19/2011

RECEIVED IN CHAMBERS
SEP 16 2011
LAWRENCE M. McKENNA
USDJ   SDNY

Re:   *In the Matter of the Complaint of ANDREW HARNETT, as owner of vessel M/V READY JET GO*
U.S.D.C. S.D.N.Y.   :   06-699 (LMM)

*In the Matter of Peter J. Sharp Boathouse, Inc., as owner of the floating vessel constituting the boathouse, seeking exoneration from or limitation of liability*
U.S.D.C. S.D.N.Y.   :   06 Civ. 3061 (LMM)

*In the Matter of New York Rowing Association, Inc., as owner of a 2001, coxless Empacher rowing shell, seeking exoneration from or limitation of liability*
U.S.D.C. S.D.N.Y.   :   06 Civ. 3062 (LMM)

And related cases

Our File No.   :   01166.00183

Dear Judge McKenna:

We write on behalf of Petitioners Peter J. Sharp Boathouse, Inc., New York Rowing Association, Inc., and Andrew Harnett to request an extension of the deadline for filing motions in the above referenced matters. Motions are currently due on September 19, 2011. The Petitioners request an extension of the deadline to *Wednesday, September 28, 2011*. All Petitioners have counter-signed this letter and respectfully request that the Court grant the extension.

Granted. So ordered.
/s/ LMM
(SDJ) 9/19/11

4748761v.1

Petitioners have proposed the extension of the deadline to counsel for the Runsdorf claimants. At the time of this letter counsel for the claimants had neither opposed nor agreed to join the request.

The Court's time and consideration of this request are appreciated.

Respectfully yours,

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

Abigail Nitka (AN 8780)

We consent to the foregoing request.

    Michael J. Stern, Esq. (MS 9113)
    James E. Mercante, Esq. (JM 4231)
    Rubin Fiorella & Friedman, LLP
    292 Madison Avenue, 11th Floor
    New York, New York 10017

Cc:    [BY Email] all opposing counsel

    Michael J. Stern, Esq. (MS 9113)
    James E. Mercante, Esq. (JM 4231)
    Rubin Fiorella & Friedman, LLP
    292 Madison Avenue, 11th Floor
    New York, NY 10017

    Jacob Shisha, Esq. (JS 5452)
    Tabak, Mellusi & Shisha LLP
    29 Broadway, Ste. 2311
    New York, New York 10006

    Marina Zapantis, Esq. (MZ 4132)
    Marc Jay Bern, Esq. (MB 6608)
    Napoli Bern Ripka LLP
    350 Fifth Avenue, Ste. 7413
    New York, New York 10118

474876\1v.1