**RipkaShkolnik LLP**
ATTORNEYS AT LAW

NBRS

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/20/2011

October 19, 2011

**BY HAND**
Honorable Lawrence M. McKenna
United States District Judge
United States District Court
Daniel Patrick Moynihan
500 Pearl Street
NY, NY 10007

**MEMO ENDOR[SED]**

RECEIVED
IN CHAMBERS

OCT 2 0 2011

LAWRENCE M. McKENNA
USDJ     SDNY

Re:    *In The Matter Of The Complaint Of ANDREW HARNETT, As Owner Of Vessel M/V READY JET GO*
       Docket No.: 06-0699 (LMM)

       *In The Matter Of Peter J. Sharp Boathouse, Inc., As Owner Of The Floating Vessel Constituting The Boat House, Seeking Exoneration From Or Limitation Of Liability*
       Docket No.: 06 Civ. 3061 (LMM)

       *In The Matter Of New York Rowing Association, Inc. As Owner Of A 2001, Coxless Empacher Rowing Shell, Seeking Exoneration From Or Limitation Of Liability*
       Docket No.: 06 Civ. 3062 (LMM)

       *And a fourth related case.*

Dear Hon. McKenna:

       We write on behalf of the Runsdorf Claimants to inform the Court that we requested an additional, short adjournment of the deadline of filing oppositions to the motion for partial summary judgment made by Petitioners Peter J. Sharp Boathouse, Inc., New York Rowing Association Inc.

       Larry Brennan, Esq., counsel for Petitioners Peter J. Sharp Boathouse, Inc., New York Rowing Association Inc. consented and Michael Stern, Esq., counsel for Petitioner Harnett consented to an extension to *Wednesday October 24th, 2011;* with a reply *due November 7, 2011.*

       We look forward to meeting with you on December 12th, 2011.

       *Approved. So ordered*

EMPIRE STATE BUILDING, 350 FIFTH AVENUE, NEW YORK, NEW YORK 10118  |  (212) 267-3700

Please do not hesitate to contact the undersigned should you have any questions or concerns.

Very truly yours,
Napoli Bern Ripka, LLP

Marina Zapantis, Esq.

cc:
Wilson Elser Moskowitz Edelman & Dicker, LLP
150 E. 42nd St.
New York, NY 10017
Attn: Lawrence B. Brennan, Esq./ Abigail Nikta, Esq.

Rubin Fiorella & Friedman, LLP
292 Madison Ave.
New York, NY 10017
Attn: James M. Mercante, Esq./ Michael Stern, Esq.

Jacob Shisha, Esq.