Marc Jay Bern
Napoli Bern Ripka Shkolik, LLP
Attorneys for Claimants
350 Fifth Avenue
Suite 7413
New York, New York 10118
(212) 267-3700

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/25/2011
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
In the Matter of the Complaint of Andrew Harnett, as
owner of vessel M/V READY JET GO for Exoneration
from or Limitation of Liability.

and

In the Matter of Peter J. Sharp Boathouse, Inc., as owner of
the floating vessel constituting the boathouse, seeking
exoneration from or limitation of liability.

and

In the Matter of New York Rowing Association, Inc., as
owner of a 2001, coxless Empacher rowing shell, seeking
exoneration from or limitation of liability.

-----------------------------------------------------------------X

06 Civ. 699 (LMM) ←
consolidated with
06 Civ. 3061 (LMM) and
06 Civ. 3062 (LMM)

**CONSENT ORDER**

Upon the consent of all parties:

IT IS ORDERED THAT :

1. With respect to the Motion for Partial Summary Judgment on Damages on behalf of New York Rowing Association, Inc. and Peter J. Sharp Boathouse, Inc.:

   a. Claimant's OPPOSITION DUE NOVEMBER 3, 2011; and

   b. Petitioners' REPLY DUE NOVEMBER 17, 2011.

2. With respect to the Motion in Limine to Preclude Claims for Lost Earnings and Lost Inheritance on behalf of New York Rowing Association, Inc. and Peter J. Sharp Boathouse, Inc.:

   a. Claimant's OPPOSITION DUE NOVEMBER 3, 2011; and

      b. Petioners' REPLY DUE NOVEMBER 17, 2011.

3. Claimant's Supplemental Rule 56.1 Counter Statement Response to #24-49 due on NOVEMBER 3, 2011.

4. REPLIES to these and all other motions by all parties, in which opposition papers have already been filed, are also due on NOVEMBER 17, 2011.

Dated: New York, New York
      October 25, 2011

                    SO ORDERED:

                      Lawrence M. McKenna
                      United States District Judge
                      United States District Court for
                      the Southern District of New York

We consent to the entry of this Order.


NAPOLI BERN RIPKA SHOLKNIK, LLP
Attorneys for Claimants, Nina A. Runsdorf and Lee Runsdorf
By: _____
Marc Jay Bern, Esq. (MB 6608)
350 5th Avenue, Suite 7413
NY, NY 10118
(212) 267-3700


Tabak Mellusi & Shisha
for Claimants, Nina A. Runsdorf and Lee Runsdorf
By: _____
Jacob Shisha, Esq. (JS    )
29 Broadway
New York, NY 10006


RUBIN FIORELLA & FRIEDMAN, LLP
Attorneys for Plaintiff/Petitioner Andrew Harnett as owner of the vessel M/W/ READY SET GO
By: _____
Michael Stern, Esq. (MS 9113)
292 Madison Avenue
New York, NY 10017
(212) 953-2381


WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
Attorneys for Plaintiffs/Petitioner/Claimant New York Rowing Association, Inc. and Peter J. Sharp Boathouse, Inc.
By: _____
Lawrence B. Brennan (LBB4078)
150 East 42nd Street
New York, NY 10017
(212) 490-3000