# NAPOLI BERN RIPKA LLP
Attorneys·At·Law

November 4, 2011

**BY HAND**
Honorable Lawrence M. McKenna
United States District Judge
United States District Court
Daniel Patrick Moynihan
500 Pearl Street
NY, NY 10007

MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/15/2011

RECEIVED
IN CHAMBERS

NOV - 7 2011

LAWRENCE M. McKENNA
USDJ      SDNY

Re:   In The Matter Of The Complaint Of ANDREW HARNETT, As Owner Of
      Vessel M/V READY JET GO
      Docket No.: 06-0699 (LMM)

      And related cases. 06-3061 & 06-3062 (LMM)

Dear Hon. McKenna:

We write on behalf of the Runsdorf Claimants in reply to a letter dated November 4, 2011 from the Petitioners, Peter J. Sharp Boathouse, Inc. and New York Rowing Association, wherein they request the Court decide two "unopposed" damages motions in favor of the Boathouse and Rowing Association, and facts in their Rule 56.1 Statement of Facts are conclusively established. Claimants have filed all oppositions and response to Rule 56.1 statement as of this afternoon.

While Petitioners are correct that the consent order provided for oppositions to be due on November 3, 2011, this office experienced massive server, email, and uploading problems this entire week, which lead to difficulties in uploading the documents in the prescribed time-period. We can have the head of the IT Department available for this Court to confirm same. It should be noted that all documents that were uploaded today to ECF do have *today's date* on them, as our software automatically date stamps the documents, and I had to re-PDF all documents due to other computer issues.

We humbly request that the submissions be considered timely. Claimants have no objection for any additional time for a reply should this Court wish to grant same.

*Not withstanding the foregoing, the parties are working towards scheduling a mediation of this matter some time before our scheduled appearance before your Honor on December 12, 2011.*

Granted. So ordered.

/s/ LMM (USDJ)
11/15/11

**NAPOLI BERN RIPKA LLP**
Empire State Building, 350 Fifth Avenue, Suite 7413, New York, New York 10118
Tel: (212) 267-3700 | www.napolibern.com

Please do not hesitate to contact the undersigned should you have any questions or concerns.

Very truly yours,
Napoli Bern Ripka, LLP

Marina Zapantis, Esq.

cc:
Wilson Elser Moskowitz Edelman & Dicker, LLP
150 E. 42nd St.
New York, NY 10017
Attn: Lawrence B. Brennan, Esq./ Abigail Nikta, Esq.

Rubin Fiorella & Friedman, LLP
292 Madison Ave.
New York, NY 10017
Attn: James M. Mercante, Esq./ Michael Stern, Esq.