# WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

150 E. 42nd Street, New York, New York 10017   Tel: (212) 490-3000   Fax: (212) 490-3038

*Albany • Baltimore • Boston • Chicago • Dallas • Garden City • Houston • Las Vegas • London • Los Angeles • McLean
Miami • Newark • New York • Orlando • Philadelphia • San Diego • San Francisco • Stamford • Washington, DC • White Plains
Affiliates: Berlin • Cologne • Frankfurt • Mexico City • Munich • Paris*

www.wilsonelser.com

**Lawrence B. Brennan**
Direct: 212-915-5326
Lawrence.Brennan@wilsonelser.com

**MEMO ENDORSED** [p. 2]

November 23, 2011

**VIA HAND DELIVERY**

Hon. Lawrence M. McKenna
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room
New York, New York 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/29/2011

Re:   *In the Matter of the Complaint of ANDREW HARNETT, as owner of vessel M/V READY JET GO*
U.S.D.C.S.D.N.Y.   :   06-699 (LMM) ←

*In the Matter of Peter J. Sharp Boathouse, Inc., as owner of the floating vessel constituting the boathouse, seeking exoneration from or limitation of liability*
U.S.D.C. S.D.N.Y.   :   06 Civ. 3061 (LMM)

*In the Matter of New York Rowing Association, Inc., as owner of a 2001, coxless Empacher rowing shell, seeking exoneration from or limitation of liability*
U.S.D.C. S.D.N.Y.   :   06 Civ. 3062 (LMM)

And related cases

Our File No.   :   01166.00183

Dear Judge McKenna:

We are attorneys for Petitioner Peter Jay Sharpe Boathouse, Inc. and Petitioner-Claimant New York Rowing Association, Inc. in these consolidated admiralty matters. We now write to the Court regarding our clients' pending i) Motion *in limine* to Preclude the Report and Expert Testimony of Harriet M. Metcalf, ii) Motion *in limine* to Preclude Claims for Lost Earnings and

4831243v.1

Hon. Lawrence M. McKenna
United States District Judge

Page 2

Lost Inheritance, iii) Motion for Partial Summary Judgment on Damages, and iv) Motion for Partial Summary Judgment.

We respectfully request that the Court grant us leave to file accompanying four reply memoranda of law which exceed the 10 page limit established by Your Honor's personal rule. As the Court is aware, during the lengthy procedural history of these limitation proceedings, there arose significant and complex issues of law and fact which must be addressed. The discussion of these issues have caused the reply briefs to exceed the Court's ten page limit. We have submitted a fifth Memorandum of Law regarding Petitioner Harnett's Motion for Summary Judgment.

As always, the Court's time and consideration of this request are appreciated.

Respectfully yours,

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

Lawrence B. Brennan

*Granted. So ordered.*

*LMM 11/28/11*

LBB:AN:tc

Enclosures: Reply Memoranda of Law and Reply Affidavit with Exhibits.

cc:   [BY E-Mail without enclosures which were previously supplied]

Michael E. Stern, Esq.
James E. Mercante, Esq.
Rubin Fiorella & Friedman, LLP
292 Madison Avenue, 11th Floor
New York, NY 10017

Marc Jay Bern, Esq
Marina Zapantis, Esq.
Napoli Bern Ripka Shkolnik LLP
350 Fifth Avenue, Ste. 7413
New York, New York 10118

Jacob Shisha, Esq.
Tabak, Mellusi & Shisha LLP
29 Broadway, Ste. 2311
New York, New York 10006

4831243v.1