UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

MATTER OF ANDREW
HARNETT

------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/29/2011

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

06 Civ. 699 (LMM/GWG)

+ RELATED CASES
06 CIV. 3061
06 CIV. 3062

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Specific Non-Dispositive Motion/Dispute:*
_____
_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

___ Settlement*

___ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___ Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
Purpose: _____

___ Habeas Corpus

___ Social Security

✓ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion: _____

All such motions: ✓

* Do not check if already referred for general pretrial.

SO ORDERED.

DATED:    New York, New York
          11/28/11

_____
United States District Judge

[handwritten:] December 12, 2011 conference adjourned sine die. So ordered.

[signed] LMM 11/29/11