# TABAK, MELLUSI & SHISHA LLP

29 BROADWAY
SUITE 2311
NEW YORK, NEW YORK 10006

TEL (212) 962-1590
TEL (800) 280-1590
FAX (212) 385-0920

RALPH J. MELLUSI
JACOB SHISHA*

*ALSO ADMITTED IN
NEW JERSEY AND
LOUISIANA

**MEMO ENDORSED**

OF COUNSEL
SHELDON TABAK
STEPHEN B. ROBERTS

April 18, 2012

Honorable Lawrence M. McKenna
United States District Judge
United States District Court
Daniel Patrick Moynihan
500 Pearl Street
NY, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/20/2012

RECEIVED
IN CHAMBERS

APR 1 9 2012

LAWRENCE M. McKENNA
USDJ    SDNY

Re:  *In The Matter Of The Complaint Of ANDREW HARNETT, As Owner Of Vessel M/V READY JET GO*
Docket No.: 06-0699 (LMM)

*In The Matter Of Peter J. Sharp Boathouse, Inc., As Owner Of The Floating Vessel Constituting The Boat House, Seeking Exoneration From Or Limitation Of Liability*
Docket No.: 06 Civ. 3061 (LMM)

*In The Matter Of New York Rowing Association, Inc. As Owner Of A 2001, Coxless Empacher Rowing Shell, Seeking Exoneration From Or Limitation Of Liability*
Docket No.: 06 Civ. 3062 (LMM)

*And a fourth related case.*

Dear Judge McKenna:

We represent the Runsdorf claimants in limitation in this matter. Counsel for Peter J. Sharp Boathouse and New York Rowing Association served a motion for summary judgment on April 12, 2012. Our Opposition papers are due on April 27, 2012. This case is set for a two day mediation on April 26, 27, 2012, our preparation for the mediation, will not leave time to respond to the motion for summary judgment. We would therefore respectfully request an extension until May 28, 2012 to file our opposition. If the case settles at mediation there would be no need to file the papers. All parties have consented to this request; which is our first request for an extension.

Granted. So ordered.

LMM   4/20/12

Hon. Lawrence McKenna
Re: In The Matter Of The Complaint Of ANDREW HARNETT,
As Owner Of Vessel M/V READY JET GO
April 18, 2012

We thank the Court for its continued assistance, and remain

Respectfully yours,

Tabak Mellusi & Shisha LLP

Jacob Shisha

JS/kf

CC:  Hon. Gabriel W. Gorenstein
United States District Court
Daniel Patrick Moynihan
500 Pearl Street
NY, NY 10007

Marc Bern, Esq.
Napoli Bern Ripka, LLP
Empire State Building
350 Fifth Avenue, Suite 7413
New York, NY  10118

Lawrence Brennan, Esq.
Wilson Elser Moskowitz Edelman & Dicker, LLP
150 E. 42nd St.
New York, NY 10017

James M. Mercante, Esq.
Rubin Fiorella & Friedman, LLP
292 Madison Ave.
New York, NY 10017